BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2760
Facsimile:   (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:13-cv-01076-LJO-SMS |
|---|---|
| Petitioner, | **PETITIONER'S NOTICE OF COMPLIANCE; ORDER CLOSING FILE** |
| v. | |
| BERTONI BARRERA, as sole proprietor of EL REALITO DE ORO, | **Taxpayer:** **BERTONI BARRERA** |
| Respondent. | |

TO THIS HONORABLE COURT:

   PLEASE TAKE NOTICE that in petitioner's view, respondent has sufficiently complied with the summons enforced here.  The case can and should be closed.

Dated:  December 17, 2013                  Respectfully submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney

                                   By:     */s/   YHimel*
                                           YOSHINORI H. T. HIMEL
                                           Assistant U.S. Attorney
                                           Attorneys for Petitioner
                                           United States of America

## **ORDER**

Upon Petitioner's notice of compliance and recommendation, the Clerk shall close this action.

IT IS SO ORDERED.

Dated:   **December 17, 2013**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

PETITIONER'S NOTICE OF COMPLIANCE; ORDER CLOSING FILE

2